Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

# FRIED FRANK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19

**MEMO ENDORSED**

Direct Line: (212) 859-8592
Fax: (212) 859-4000
Email: steven.witzel@friedfrank.com

November 15, 2019

Via ECF

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *USA v. James, et al., 13-cr-836 – SHS – Removal from ECF Notice List*

Dear Judge Stein:

I write to respectfully request the withdrawal of my name and email address from the ECF Notice list for the above case. The case as it relates to the defendant that I represented has been over for a few years, and it is no longer necessary for me to receive notifications. Thank you.

Sincerely,

s/ Steven M. Witzel

Steven M. Witzel

SO ORDERED 11/21/19

SIDNEY H. STEIN
U.S.D.J.